UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:22-cv-20359

MANUEL SANCHEZ, CAMILO PEREZ, and all others similarly situated,

    Plaintiffs,

vs.

MOBILE BATTERY SERVICES, INC, a Florida Corporation and RICHARD JARAMILLO, SR., individually,

    Defendants.

## NOTICE OF FILING EXHIBIT TO SETTLEMENT AGREEMENT

Plaintiffs, through undersigned counsel, hereby file this Notice, attaching the parties' settlement agreement which was inadvertently not filed as an exhibit to the parties' Joint Motion to Approve Settlement [DE 13] in this Fair Labor Standards Act matter.

Dated:  April 18, 2023

Respectfully submitted,

s/Jonathan S. Minick
Jonathan S. Minick, Esq.
FBN:  88743
E-mail:  jminick@jsmlawpa.com
Jonathan S. Minick, P.A.
169 E. Flagler St., Suite 1600
Miami, Florida 33131
Phone: (786) 441-8909
Facsimile: (786) 523-0610
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 18, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

s/ Jonathan S. Minick  
Jonathan S. Minick, Esq.

## SERVICE LIST

Gary A. Costales, Esq.  
Fla. Bar. No.:  0948829  
Email:  costalesgary@hotmail.com  
Gary A. Costales, P.A.  
1533 Sunset Drive, Suite 150  
Miami, FL 33143  
(786) 446-7298 (direct)  
(305) 323-7274 (facsimile)  
Attorney for Defendants  
Service via CM/ECF