UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:22-cv-20359-JLK

MANUEL SANCHEZ, CAMILO
PEREZ, and all others similarly
situated,

      Plaintiffs,

v.

MOBILE BATTERY
SERVICES, INC, a Florida
Corporation and RICHARD
JARAMILLO, SR., individually,

      Defendants.

_____/

## ORDER ON JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT, TO DISMISS WITH PREJUDICE, AND TO RETAIN JURISDICTION

THIS CAUSE came before the Court on April 18, 2023 on the Parties' Joint Motion to Approve Settlement Agreement, to Dismiss with Prejudice, and to Retain Jurisdiction. Based on the parties' submissions and arguments, the Court has been fully advised on the issues, and it is hereby:

**ORDER AND ADJUDGED** as follows:

The Parties' Joint Motion is hereby GRANTED. The Court finds the Parties' settlement to be fair and reasonable in light of a bona fide disputes. Accordingly, the Parties' Settlement Agreement is approved and this matter is hereby dismissed with prejudice. The Court shall retain jurisdiction to enforce the terms of the settlement agreement. Each party shall bear their own fees and costs except as provided in the Settlement Agreement. All pending motions are deemed moot.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 19th of April, 2023.

                                          JAMES LAWRENCE KING
                                          U.S. DISTRICT JUDGE
                                          SOUTHERN DISTRICT OF FLORIDA

cc:     **All Counsel of Record**